IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HONORA HILLIER                                                                                    PLAINTIFF

VS                                                                          CAUSE NO. 1:08 CV 671LG-RHW

USAA CASUALTY INSURANCE COMPANY                                       DEFENDANT

## MOTION FOR PROTECTIVE ORDER

COMES NOW HONORA HILLIER and moves for a Protective Order pursuant to Rule 26(c).

USAA has attached a document containing Ms. Hillier's confidential medical information from Dr. Fineman as an exhibit to its Motion. *See* Exhibit A to USAA's Motion for Order Compelling Discovery [Document 49]. This medical record describes Ms. Hillier's medical treatment for emotional distress as well as other medical conditions not at issue in this case. Ms. Hillier moves the Court to remove this document from the public record and place it under seal. Ms. Hillier further requests an order requiring USAA to file all other confidential medical information under seal, and to otherwise protect and maintain the confidentiality of all medical information in this case.

Respectfully submitted, this 3rd day of September, 2009.

HONORA HILLIER,

By their attorneys

MERLIN LAW GROUP, P.A.

By: /s/ *Tina L. Nicholson*
    (MS Bar No. 99643)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 3, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this case.

/s/ *Tina L. Nicholson*
TINA L. NICHOLSON
(MS Bar No. 99643)
**MERLIN LAW GROUP, P.A.**
Three Riverway, Suite 1375
Houston, Texas 77056
Telephone: (713) 626-8880
Facsimile:  (713) 626-8881
Email:  tnicholson@merlinlawgroup.com
Attorney for Plaintiffs