**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**HONORA HILLIER**                                                             **PLAINTIFF**

**VS.**                                              **CAUSE NO. 1:08-CV-00671-LTS-RHW**

**USAA CASUALTY INSURANCE COMPANY**                 **DEFENDANT**

**NOTICE OF CONSTITUTIONAL QUESTION**

TO:    Jim Hood, Esq.
         Attorney General of the State of Mississippi
         Mississippi Attorney General's Office
         P.O. Box 220
         Jackson, MS 39205

         Tina L. Nicholson, Esq.
         Merlin Law Group, PA
         Three Riverway, Suite 1375
         Houston, TX 77056

       PLEASE TAKE NOTICE that the Defendant, USAA Casualty Insurance Company, has this day filed its Response in Opposition to Plaintiff's Motion to Limit the Testimony of Donald Slinn in the United Stated District Court for the Southern District of Mississippi. USAA Casualty Insurance Company's response challenges the constitutionality of Miss. Code Ann. § 73-13-1 et seq. and the regulations thereunder.

       SO NOTICED, this the 30th day of November, 2009.

                                                   Respectfully submitted,

                                                   **USAA CASUALTY INSURANCE COMPANY**

                                                   BY: <u>s/Charles P. Copeland</u>
                                                        Charles P. Copeland (MSB#102774)
                                                        Robert P. Thompson (MSB#8818)
                                                        ATTORNEYS FOR DEFENDANT

OF COUNSEL:

**COPELAND, COOK, TAYLOR AND BUSH, P.A.**
600 Concourse, Suite 100
1076 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone No.:  (601) 856-7200
Facsimile No.:   (601) 856-7626

## CERTIFICATE OF SERVICE

I, Charles P. Copeland, hereby certify that on November 30, 2009, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following persons, and if such persons are not registered to receive filings pursuant to the CM/ECF system, the foregoing document will be delivered by other means:

Jim Hood, Esq.
Attorney General of the State of Mississippi
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205

Tina L. Nicholson, Esq.
Merlin Law Group, PA
Three Riverway, Suite 1375
Houston, TX 77056
tnicholson@merlinlawgroup.com

This the 30th day of November, 2009.

s/ Charles P. Copeland
Charles P. Copeland