### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**HONORA HILLIER**                                                                        **PLAINTIFF**

**VS.**                                                       **CAUSE NO. 1:08-cv-00671-LTS-RHW**

**USAA CASUALTY INSURANCE COMPANY**                                          **DEFENDANT**

### UNOPPOSED MOTION TO SEAL DOCUMENTS

COMES NOW the Defendant, USAA Casualty Insurance Company ("USAA CIC"), and requests this Court allow certain exhibits attached to Defendant's Motion to Exclude the Testimony of Jo Ann B. Fineman (Doc. 83) and Plaintiff's Motion to Exclude the Testimony of Mark Webb (Doc. 77) be filed under seal in order to protect the personal and confidential medical information contained therein. The undersigned counsel has consulted with counsel for Honora Hillier, and Hillier is not opposed to the sealing of the exhibits.

On November 3, 2009, USAA CIC filed its Motion to Exclude the Testimony of Jo Ann B. Fineman, M.D. with the Court. As Exhibit "1," USAA CIC referenced the report of Dr. Fineman which includes personal and confidential medical information relating to the Plaintiff.

Also on November 3, 2009, the Plaintiff filed her Motion to Exclude the Testimony of Mark Webb. As Exhibit "A," the Plaintiff referenced the report of Dr. Mark Webb which includes personal and confidential medical information relating to the Plaintiff.

In an effort to protect the personal and confidential information of the Plaintiff, USAA CIC requests that the Court allow Exhibit "1" to USAA CIC's Motion to Exclude the Testimony of Jo Ann B. Finemann and Exhibit "A" to Plaintiff's Motion to Exclude the Testimony of Mark Webb be filed as sealed documents with the court. Defendant has previously mailed its exhibit

-2-

to the Court, but was instructed that a Motion to Seal must be granted prior to the document

being sealed.

WHEREFORE, PREMISES CONSIDERED, USAA CIC respectfully requests the Court

grant its motion to seal the exhibits described herein.

Respectfully submitted this the 9th day of December, 2009.

**USAA CASUALTY INSURANCE COMPANY**

By:     /s/ Charles P. Copeland_____
          ROBERT P. THOMPSON (MSB#8188)
          CHARLES P. COPELAND (MSB#135240)

Of Counsel:

**COPELAND, COOK, TAYLOR AND BUSH, P.A.**
600 Concourse, Suite 100
1076 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone No.:  (601) 856-7200
Facsimile No.:   (601) 856-7626

**CERTIFICATE OF SERVICE**

I, Charles P. Copeland, hereby certify that on December 9, 2009, I electronically filed the

foregoing document with the Clerk of Court using the CM/ECF system, which will send

notification of such filing to the following persons, and if such persons are not registered to

receive filings pursuant to the CM/ECF system, the foregoing document will be delivered by

other means:

    Tina L. Nicholson, Esq.
    Merlin Law Group, PA
    Three Riverway, Suite 1375
    Houston, TX 77056
    tnicholson@merlinlawgroup.com

    This the 9th day of December, 2009.

                      /s/Charles P. Copeland
                      Charles P. Copeland